Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter
of the Claim for Compensation under the Workmen's Compensation Law,
Made by RAGNHILD HANSEN, Widow, on Behalf of Herself and Minor
Children, Respondents, on Account of the Death of HANS HANSEN, v.
TURNER CONSTRUCTION COMPANY, Employer, and STATE INSURANCE FUND,
Insurance Carrier, Appellants.— Award affirmed. All concurred, except
Cochrane and H. T. Kellogg, JJ., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter
of the Claim for Compensation under the Workmen's Compensation Law,
to MARY N. TAMMANY, Widow, and Two Minor Children, Respondents,
for the Death of the Husband and Father, HENRY F. TAMMANY, v. CITIZENS
BREWING CORPORATION, Employer, and the STANDARD ACCIDENT INSUR-
ANCE COMPANY OF DETROIT, MICHIGAN, Insurance Carrier, Appellants.—
Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter
of the Claim of HENRY W. RIDOUT, Respondent, for Compensation under
the Workmen's Compensation Law, v. RODGERS & HAGERTY, INC., Employer
and Self-Insurer, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter
of the Claim of WILLIAM C. VINCENT, Respondent, for Compensation under
the Workmen's Compensation Law, v. TAYLOR BROTHERS, Employer, and
LONDON GUARANTEE AND ACCIDENT COMPANY, Insurance Carrier, Appel-
lants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter
of the Claim of FRANCES A. CARMAN, Widow, Respondent, for Compen-
sation Arising Out of the Death of WILLIAM R. CARMAN, under the Work-
men's Compensation Law, v. LOPER BROTHERS, Employer, and the LUMBER
MUTUAL CASUALTY INSURANCE COMPANY, Insurance Carrier, Appellants.—
Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter
of the Claim of IDA L. WIDOWFIELD, Appellant, for Compensation to
Herself and Child under the Workmen's Compensation Law, for the Death
of THOMAS WIDOWFIELD, v. BUFFALO FOUNDRY AND MACHINE COMPANY,
Employer, and TRAVELERS INSURANCE COMPANY, Insurance Carrier,
Respondents.— Determination unanimously affirmed.

In the Matter of the Judicial Settlement of the Accounts of OLIVIA C.
EATON, as Executrix, etc., of HERVEY E. EATON, Deceased, as Executor,
etc., of ELIZABETH S. EATON, Deceased. WILLIS L. WATKINS, as Adminis-
trator, etc., Appellant.— Decree modified by striking therefrom the allow-
ances to Phelps, Freeman and Thompson, and as so modified affirmed,
without costs. All concurred.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter
of the Claim of ANNA H. HENDERSON, for Compensation under the Work-